UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY, *et al.*,<br><br>    Defendant. | Civil Action No. 20-2896 (DLF) |

## JOINT STATUS REPORT

Defendants Council of the Inspectors General on Integrity and Efficiency ("CIGIE"), Central Intelligence Agency ("CIA"), Department of Defense ("DOD"), Department of Education ("Education"), Department of Health and Human Services ("HHS"), Department of Homeland Security ("DHS"), Department of the Interior ("Interior"), Department of Justice ("DOJ"), Department of State ("State"), Department of Transportation ("Transportation"), Office of the Director of National Intelligence ("ODNI"), and United States Agency for International Development ("USAID"), and Plaintiff Legal Eagle ("Plaintiff" and, together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's November 19, 2020 Minute Order.

  1.  On October 10, 2020, Plaintiff filed its complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 ("Complaint" or "Compl."). ECF No. 1.

  2.  Plaintiff's Complaint relates to the following FOIA requests:

    a. One FOIA request to CIGIE seeking records documenting allegations of misconduct against Inspectors General;

      b. One FOIA request to all other Defendants seeking records documenting correspondence with Congress about allegations of misconduct against their Inspector General office;

      c. One FOIA request to State regarding emails sent and received by State Acting Inspector General Stephen Akard; and

      d. One FOIA request to CIA for two specific Office of the Inspector General manuals.  Compl. ¶¶ 45-47.

3. On November 18, 2020, Defendant filed its Answer.  ECF No. 4.

4. On May 15, 2020, this Court issued a Minute Order ordering the Parties to meet and confer and file a Joint Status Report on or before December 7, 2020, proposing a schedule for proceeding in this matter. The Court ordered further that the schedule should address, among other things, the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, and the anticipated date(s) for release of the documents requested by Plaintiff.

5. The Parties report as follows:

      a. Defendant CIGIE reports that negotiations on the scope of the FOIA request are needed before CIGIE can completed its search.  The Parties endeavor to meet within 30 days to find more specific parameters for CIGIE's search.

      b. Defendant CIA reports that searches are underway, and that the page count is unknown at this time.

      c. Defendant DOD OIG reports that the searches are completed and have identified 321 pages of potentially responsive materials.  Initial review and processing is ongoing and the identified page count could decrease as potentially non-responsive pages are further

identified.   DOD OIG expects to make its first production on February 1, 2021.

      d.      Defendant Education reports that it sent Plaintiff its final response on September 10, 2020, informing Plaintiff that Defendant Education has no records responsive to the request.

      e.      Defendant HHS reports that its search is ongoing and thus far has returned 97 pages of potentially responsive materials.  HHS expects to complete its search by December 11, 2020 and to make its first interim response by December 21, 2020.

      f.      Defendant DHS reports searches are underway, records are actively being processed, and the page count is unknown at this time.

      g.      Defendant Interior reports that it sent Plaintiff its final response on October 27, 2020, informing Plaintiff that Defendant Interior has no records responsive to its request.

      h.      Defendant DOJ reports that negotiations on the scope of the FOIA request are needed before DOJ can completed its search.  The Parties endeavor to meet within 30 days to find more specific parameters for DOJ's search.

      i.      Defendant State reports searches are complete, and it will begin reviewing the potentially responsive records in short order.  A production date has not been identified.

      j.      Defendant Transportation reports that it sent Plaintiff its final response on November 10, 2020, informing Plaintiff that Defendant Transportation has no records responsive to its request.

      k.      Defendant ODNI tasked two relevant components to search for responsive records. One component has completed its search and indicated it has no responsive records. The other is still in the process of completing its search, and the total page count is unknown at this time.

l.       Defendant USAID reports that its searches are ongoing.  To date USAID has completed the searches of the Office of the Executive Secretariat and the Office of Legislative and Public Affairs, neither of which has records responsive to Plaintiff's request.  Searches of other offices are ongoing.

6.       The Parties respectfully request that they be allowed to file a Joint Status Report in sixty (60) days to further apprise the Court of their progress in this matter.

Date: December 7, 2020                           Respectfully submitted,

                                                                 MICHAEL R. SHERWIN
                                                                 Acting United States Attorney
                                                                 District of Columbia

                                                                 DANIEL F. VAN HORN,
                                                                 D.C. BAR # 924092
                                                                 Chief, Civil Division

                                              By:     /s/*Kristin D. Brudy-Everett*
                                                                 KRISTIN D. BRUDY-EVERETT
                                                                 Assistant United States Attorney
                                                                 Judiciary Center Building
                                                                 555 4th St., N.W.
                                                                 Washington, D.C.  20530
                                                                 (202) 252-2536
                                                                 Kristin.Brudy-Everett@usdoj.gov

                                                                 *Counsel for Defendant*


                                                                 */s/ Kelly Brian McClanahan*
                                                                 KELLY BRIAN MCCLANAHAN
                                                                 D.C. Bar # 984704
                                                                 National Security Counselors
                                                                 4702 Levada Terrace
                                                                 Rockville, MD 20853
                                                                 (301) 728-5908
                                                                 kel@nationalsecuritylaw.org

                                                                 *Counsel for Plaintiff*

4