UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY, *et al.*,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-2896 (DLF)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Defendants Council of the Inspectors General on Integrity and Efficiency ("CIGIE"), Central Intelligence Agency ("CIA"), Department of Defense ("DOD"), Department of Education ("Education"), Department of Health and Human Services ("HHS"), Department of Homeland Security ("DHS"), Department of the Interior ("Interior"), Department of Justice ("DOJ"), Department of State ("State"), Department of Transportation ("Transportation"), Office of the Director of National Intelligence ("ODNI"), and United States Agency for International Development ("USAID"), and Plaintiff Legal Eagle ("Plaintiff" and, together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's April 7, 2021 Minute Order.

This Freedom of Information Act ("FOIA") litigation relates to four categories of requests to Defendants seeking records about allegations of misconduct and/or other specific records. *See* Compl. ¶¶ 45-47. The Parties report as follows:

  a. The Offices of Inspector General ("OIG") at DOD, Education, HHS, Interior, Transportation, USAID, and DOJ have issued final responses to Plaintiff.

      b.      CIGIE reports that the Parties met to discuss more specific parameters for CIGIE's search on February 24, 2021. CIGIE is currently in the process of compiling information for Plaintiff to better inform next steps.

      c.      CIA reports that searches are complete and it will begin reviewing records for responsiveness in short order.

      d.      DHS OIG reports searches are complete, and it is continuing its review of potentially responsive records. DHS OIG anticipates making a first interim response on or before June 7, 2021, and a second interim response on or before July 30, 2021.

      e.      State OIG reports searches are complete, and it is in the process of reviewing the collected records. State OIG made its first interim production on April 30, 2021, and second interim production on May 27, 2021. State OIG anticipates making additional interim productions as it continues to review collected records.

      f.      ODNI reports that searches are complete and it will begin processing the collected records in short order.

The Parties respectfully request that they be allowed to file a Joint Status Report on August 7, 2021 to further apprise the Court of their progress in this matter.

\*     \*     \*

Date: June 7, 2021                                  Respectfully submitted,

                                            CHANNING D. PHILLIPS, D.C. Bar #415793
                                            Acting United States Attorney

                                            BRIAN P. HUDAK,
                                            Acting Chief, Civil Division

By:    /s/*Kristin D. Brudy-Everett*
           KRISTIN D. BRUDY-EVERETT
           Assistant United States Attorney
           Judiciary Center Building
           555 4th St., N.W.
           Washington, D.C.  20530
           (202) 252-2536
           Kristin.Brudy-Everett@usdoj.gov

*Counsel for Defendant*


           */s/ Kelly Brian McClanahan*
           KELLY BRIAN MCCLANAHAN
           D.C. Bar # 984704
           National Security Counselors
           4702 Levada Terrace
           Rockville, MD 20853
           (301) 728-5908
           kel@nationalsecuritylaw.org

*Counsel for Plaintiff*