UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY, *et al.*,<br><br>        Defendants. | Civil Action No. 20-2896 (FYP) |

## JOINT STATUS REPORT

Defendants Council of the Inspectors General on Integrity and Efficiency ("CIGIE"), Central Intelligence Agency ("CIA"), Department of Defense ("DOD"), Department of Education ("Education"), Department of Health and Human Services ("HHS"), Department of Homeland Security ("DHS"), Department of the Interior ("Interior"), Department of Justice ("DOJ"), Department of State ("State"), Department of Transportation ("Transportation"), Office of the Director of National Intelligence ("ODNI"), and United States Agency for International Development ("USAID"), and Plaintiff Legal Eagle ("Plaintiff" and, together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's August 6, 2021 Minute Order.

This Freedom of Information Act ("FOIA") litigation relates to four categories of requests to Defendants seeking records about allegations of misconduct and/or other specific records. *See* Compl. ¶¶ 45-47. The Parties report as follows:

    a.    The Offices of Inspector General ("OIG") at DOD, Education, HHS, Interior, Transportation, USAID, and DOJ have issued final responses to Plaintiff.

b. CIGIE reports that the Parties met to discuss more specific parameters for CIGIE's search on February 24, 2021. CIGIE is currently in the process of compiling information for Plaintiff to better inform next steps.

c. CIA provided an interim response on August 5, 2021 that it had no responsive records to Plaintiff's request for "copies of all records created since 1 January 2017 documenting correspondence with any Member of Congress, Congressional staffer, or Congressional committee about allegations of misconduct on the part of the Office of Inspector General (IG) or any employee or contractor thereof." As to Plaintiff's second request to CIA, for the CIA Office of Inspector General's Investigation Manual and Whistleblower Reprisal Investigations Handbook for Investigators," the CIA reports that it is processing the records. Although CIA had represented in the August 6, 2021 JSR that it tentatively estimated a first and final production date of October 15, the processing and review is taking longer than expected, and so it estimates the production to be made by November 12, 2021.

d. DHS OIG reports that searches and review of potentially responsive records have been completed. DHS OIG has issued a first interim response on June 7, 2021 and its final response to Plaintiff on July 30, 2021.

e. State OIG reports searches are complete, and it is in the process of reviewing the collected records. State OIG made its first interim production on April 30, 2021, and second interim production on May 27, 2021. State OIG anticipates making additional interim productions as it continues to review collected records and tentatively estimates that its next release of records will occur on or before October 31, 2021.

f. ODNI reports that searches are complete and will continue to process the collected records. ODNI tentatively estimates that it will make its first interim production by November 19,

2021.

The Parties respectfully request that they be allowed to file a Joint Status Report on November 29, 2021 to further apprise the Court of their progress in this matter. A proposed order is attached for the Court's convenience.

Date: October 5, 2021                                   Respectfully submitted,

                                                                  CHANNING D. PHILLIPS, D.C. Bar #415793
                                                                  Acting United States Attorney

                                                                  BRIAN P. HUDAK,
                                                                  Acting Chief, Civil Division

                          By:        */s/ Stephen DeGenaro*
                                                                 STEPHEN DEGENARO
                                                                 D.C. Bar #1047116
                                                                 Assistant United States Attorney
                                                                 555 4th St., N.W.
                                                                 Washington, D.C.  20530
                                                                 (202) 252-7229
                                                                 Stephen.DeGenaro@usdoj.gov

                                                                 *Counsel for Defendants*


                                                                */s/ Kelly Brian McClanahan*
                                                                KELLY BRIAN MCCLANAHAN
                                                                D.C. Bar # 984704
                                                                National Security Counselors
                                                                4702 Levada Terrace
                                                                Rockville, MD 20853
                                                                (301) 728-5908
                                                                kel@nationalsecuritylaw.org

                                                                *Counsel for Plaintiff*