UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEGAL EAGLE, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 20-2896 (FYP) |
| COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY, *et al.*, | | |
| Defendants. | | |

## JOINT STATUS REPORT

Defendants Council of the Inspectors General on Integrity and Efficiency ("CIGIE"), Central Intelligence Agency ("CIA"), Department of Defense ("DOD"), Department of Education ("Education"), Department of Health and Human Services ("HHS"), Department of Homeland Security ("DHS"), Department of the Interior ("Interior"), Department of Justice ("DOJ"), Department of State ("State"), Department of Transportation ("Transportation"), Office of the Director of National Intelligence ("ODNI"), and United States Agency for International Development ("USAID"), and Plaintiff Legal Eagle ("Plaintiff" and, together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's August 6, 2021 Minute Order.

This Freedom of Information Act ("FOIA") litigation relates to four categories of requests to Defendants seeking records about allegations of misconduct and/or other specific records. *See* Compl. ¶¶ 45-47. The Parties report as follows:

a. The Offices of Inspector General ("OIG") at DOD, Education, HHS, Interior, Transportation, USAID, and DOJ have issued final responses to Plaintiff.

  b. CIGIE reports that the Parties met to discuss more specific parameters for CIGIE's search on February 24, 2021.  CIGIE is currently in the process of compiling information for Plaintiff to better inform next steps.

  c. CIA reports that searches and review of potentially responsive records has been completed.  CIA issued an interim response to Plaintiff on August 5, 2021 that it had no responsive records to Plaintiff's request for "copies of all records created since 1 January 2017 documenting correspondence with any Member of Congress, Congressional staffer, or Congressional committee about allegations of misconduct on the part of the Office of Inspector General (IG) or any employee or contractor thereof."  As to Plaintiff's second request to CIA, for the "CIA Office of Inspector General's Investigation Manual and Whistleblower Reprisal Investigations Handbook for Investigators," CIA issued its final response on November 16, 2021, releasing two documents in segregable form, and denying one document in full.

  d. DHS OIG reports that searches and review of potentially responsive records have been completed. DHS OIG has issued a first interim response on June 7, 2021 and its final response to Plaintiff on July 30, 2021.

  e. State OIG reports searches are complete, and it is in the process of reviewing the collected records.  State OIG made its first interim production on April 30, 2021, second interim production on May 27, 2021, and third interim response on November 2, 2021 that referred pages to the State Department.  State OIG anticipates making additional interim productions as it continues to review collected records.

  f. ODNI reports that searches are complete and will continue to process the collected records.  ODNI made its first interim production on November 17, 2021 and anticipates making additional interim productions as it continues to review collected records.

The Parties respectfully request that they be allowed to file a Joint Status Report on January 28, 2022 to further apprise the Court of their progress in this matter. A proposed order is attached for the Court's convenience.

Date: November 29, 2021

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
Acting United States Attorney

BRIAN P. HUDAK,
Acting Chief, Civil Division

By: /s/ Stephen DeGenaro
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 252-7229
Stephen.DeGenaro@usdoj.gov

*Counsel for Defendants*

/s/ Kelly Brian McClanahan
KELLY BRIAN MCCLANAHAN
D.C. Bar # 984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
(301) 728-5908
kel@nationalsecuritylaw.org

*Counsel for Plaintiff*