UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEGAL EAGLE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-2896 (FYP)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Defendants Council of the Inspectors General on Integrity and Efficiency ("CIGIE"), Central Intelligence Agency ("CIA"), Department of Defense ("DOD"), Department of Education ("Education"), Department of Health and Human Services ("HHS"), Department of Homeland Security ("DHS"), Department of the Interior ("Interior"), Department of Justice ("DOJ"), Department of State ("State"), Department of Transportation ("Transportation"), Office of the Director of National Intelligence ("ODNI"), and United States Agency for International Development ("USAID"), and Plaintiff Legal Eagle ("Plaintiff" and, together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's March 29, 2022 Minute Order.

This Freedom of Information Act ("FOIA") litigation relates to four categories of requests to Defendants seeking records about allegations of misconduct and/or other specific records. *See* Compl. ¶¶ 45-47. The Parties report as follows:

    a.    The Offices of Inspector General ("OIG") at DOD, Education, HHS, Interior, Transportation, USAID, and DOJ have issued final responses to Plaintiff.

b. CIGIE reports that Plaintiff and CIGIE continue to confer over the scope of Plaintiff's FOIA request through counsel. In addition, as previously reported, CIGIE reports that it made a second interim release to Plaintiff on March 28, 2022, by directing Plaintiff to responsive records located in its FOIA Reading Room. The parties will continue to confer regarding the parameters of CIGIE's search and report on the results of those conversations in the next Joint Status Report.

c. CIA reports that searches and review of potentially responsive records have been completed. CIA issued a first interim response to Plaintiff on August 5, 2021, followed by its final response to Plaintiff on November 16, 2021.

d. DHS OIG reports that searches and review of potentially responsive records have been completed. DHS OIG has issued a first interim response on June 7, 2021 and its final response to Plaintiff on July 30, 2021.

e. State OIG reports searches are complete, and it is in the process of reviewing the collected records. State OIG made its first interim production on April 30, 2021, second interim production on May 27, 2021, a third interim response on November 2, 2021 that referred pages to the State Department, and a fourth interim response on April 29, 2022. State OIG continues to review the collected records, and anticipates making additional interim productions as it continues to review collected records. State OIG tentatively estimates that it will make its next interim release of records on or before June 24, 2022.

f. ODNI reports that it sent Plaintiff a final response on January 18, 2022.

The Parties respectfully request that they be allowed to file a Joint Status Report on July 25, 2022 to further apprise the Court of their progress in this matter. A proposed order is attached for the Court's convenience.

Date: May 26, 2022				Respectfully submitted,

										MATTHEW M. GRAVES, D.C. Bar #481052
										Acting United States Attorney

										BRIAN P. HUDAK,
										Chief, Civil Division

						By:	*/s/ Stephen DeGenaro*
										STEPHEN DEGENARO
										D.C. Bar #1047116
										Assistant United States Attorney
										601 D St., N.W.
										Washington, D.C.  20530
										(202) 252-7229
										Stephen.DeGenaro@usdoj.gov

										*Counsel for Defendants*


										*/s/ Kelly Brian McClanahan*
										KELLY BRIAN MCCLANAHAN
										D.C. Bar # 984704
										National Security Counselors
										4702 Levada Terrace
										Rockville, MD 20853
										(301) 728-5908
										kel@nationalsecuritylaw.org

										*Counsel for Plaintiff*