UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC, </br></br> Plaintiff, </br></br> v. </br></br> COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY, *et al.*, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 20-2896 (ACR) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

It is respectfully requested that the Clerk of The Court please withdraw the appearance of Assistant United States Attorney Derek S. Hammond as counsel for the Defendants in the above-captioned case. Undersigned counsel is departing his position at the Department of Justice and will continue his career in public service at another federal agency.

\* \* \*

- 2 -

Dated: July 10, 2023
      Washington, DC

                      Respectfully submitted,

                      MATTHEW M. GRAVES, D.C. Bar #481052
                      United States Attorney

                      BRIAN P. HUDAK
                      Chief, Civil Division

                      By:       /s/ Derek S. Hammond
                            DEREK S. HAMMOND
                            D.C. Bar # 1017784
                            Assistant United States Attorney
                            601 D Street, NW
                            Washington, DC 20530
                            202-252-2511
                            Derek.Hammond@usdoj.gov

                      *Attorneys for the United States of America*