UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> ) Civil Action No. 20-2896 (ACR)<br>COUNCIL OF THE INSPECTORS )<br>GENERAL ON INTEGRITY AND )<br>EFFICIENCY, *et al.*, )<br> )<br>Defendants. )<br> ) | |

## JOINT STATUS REPORT

Defendants Council of the Inspectors General on Integrity and Efficiency ("CIGIE"), Central Intelligence Agency ("CIA"), Department of Defense ("DOD"), Department of Education ("Education"), Department of Health and Human Services ("HHS"), Department of Homeland Security ("DHS"), Department of the Interior ("Interior"), Department of Justice ("DOJ"), Department of State ("State"), Department of Transportation ("Transportation"), Office of the Director of National Intelligence ("ODNI"), and United States Agency for International Development ("USAID"), and Plaintiff Legal Eagle ("Plaintiff" and, together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's May 26, 2022 Order.

This Freedom of Information Act ("FOIA") litigation relates to four categories of requests to Defendants seeking records about allegations of misconduct and/or other specific records. *See* Compl. ¶¶ 45-47. The Parties report as follows:

    a.    The Offices of Inspector General ("OIG") at DOD, Education, HHS, Interior, Transportation, USAID, and DOJ have issued final responses to Plaintiff. These defendants have

asked Plaintiff to inform them whether Plaintiff has any further questions regarding their releases or if they may be dismissed from this action.

      b.      CIGIE has been processing records pursuant to the amended scoping agreement between Plaintiff and CIGIE.  Accordingly, in July and August, CIGIE processed 53 and 191 pages, respectively, in response to Plaintiff's request for cases against non-covered persons that were closed without an investigation (a/k/a outside purview records).  CIGIE issued its first interim response to Plaintiff consisting of those 244 pages on September 6, 2023.  On October 12, 2023, CIGIE issued a second interim response to Plaintiff consisting of 160 pages. CIGIE anticipates making an additional interim production under the new scoping agreement on or before November 15, 2023.

      c.      CIA reports that searches and review of potentially responsive records have been completed.  CIA issued a first interim response to Plaintiff on August 5, 2021, followed by its final response to Plaintiff on November 16, 2021.

      d.      DHS OIG reports that searches and review of potentially responsive records have been completed. DHS OIG has issued a first interim response on June 7, 2021 and its final response to Plaintiff on July 30, 2021.

      e.      State OIG reports searches are complete, and it is in the process of reviewing the collected records.  State OIG made its first interim production on April 30, 2021, second interim production on May 28, 2021, a third interim response on November 2, 2021 that referred pages to the State Department, a fourth interim response on April 29, 2022, a fifth interim production on August 31, 2022, a sixth interim production on December 1, 2022, a seventh interim release on February 3, 2023, an eighth interim response on May 17, 2023, and a ninth interim production on September 27, 2023.  State OIG has finished reviewing the collected records for responsiveness

and anticipates making additional interim productions as it continues to review responsive records for release. State OIG intends to make its next interim production by the end of October 2023.

 f. ODNI reports that it sent Plaintiff a final response on January 18, 2022.

The parties respectfully propose that they file the next Joint Status Report on or before January 5, 2024—to account for expected leave time around the holidays in December.

Date: October 30, 2023      Respectfully submitted,

              MATTHEW M. GRAVES, D.C. Bar #481052
              United States Attorney

              BRIAN P. HUDAK,
              Chief, Civil Division

         By: */s/ Stephen DeGenaro*
              STEPHEN DEGENARO
              D.C. Bar #1047116
              Assistant United States Attorney
              601 D St., N.W.
              Washington, D.C.  20530
              (202) 252-7229
              Stephen.DeGenaro@usdoj.gov

              *Attorneys for the United States of America*


              */s/ Kel McClanahan (with permission)*
              KELLY BRIAN MCCLANAHAN
              D.C. Bar # 984704
              National Security Counselors
              4702 Levada Terrace
              Rockville, MD 20853
              (301) 728-5908
              kel@nationalsecuritylaw.org

              *Counsel for Plaintiff*