UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 20-2896 (ACR)<br>COUNCIL OF THE INSPECTORS )<br>GENERAL ON INTEGRITY AND )<br>EFFICIENCY, *et al.*, )<br>)<br>Defendants. )<br>) | |

## JOINT STATUS REPORT

Defendants Council of the Inspectors General on Integrity and Efficiency ("CIGIE"), Central Intelligence Agency ("CIA"), Department of Defense ("DOD"), Department of Education ("Education"), Department of Health and Human Services ("HHS"), Department of Homeland Security ("DHS"), Department of the Interior ("Interior"), Department of Justice ("DOJ"), Department of State ("State"), Department of Transportation ("Transportation"), Office of the Director of National Intelligence ("ODNI"), and United States Agency for International Development ("USAID"), and Plaintiff Legal Eagle ("Plaintiff" and, together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's May 26, 2022 Order.

This Freedom of Information Act ("FOIA") litigation relates to four categories of requests to Defendants seeking records about allegations of misconduct and/or other specific records. *See* Compl. ¶¶ 45-47. The Parties report as follows:

a. The Offices of Inspector General ("OIG") at DOD, Education, HHS, Interior, Transportation, USAID, and DOJ have issued final responses to Plaintiff. These defendants have

asked Plaintiff to inform them whether Plaintiff has any further questions regarding their releases or if they may be dismissed from this action.

      b.     CIGIE has been processing records pursuant to the amended scoping agreement between Plaintiff and CIGIE.  Accordingly, in July and August, CIGIE processed 53 and 191 pages, respectively, in response to Plaintiff's request for cases against non-covered persons that were closed without an investigation (a/k/a outside purview records).  CIGIE issued its first interim response to Plaintiff consisting of those 244 pages on September 6, 2023.  On October 12, 2023, CIGIE issued a second interim response to Plaintiff consisting of 160 pages. On November 17, 2023, CIGIE issued a third interim response to Plaintiff consisting of 127 pages.  On January 10, 2024, CIGIE issued a fourth interim response to Plaintiff consisting of 108 pages.  On January 11, 2024, CIGIE issued a fifth interim response to Plaintiff consisting of 164 pages. On February 20, 2024, CIGIE issued a sixth interim response to Plaintiff consisting of 142 pages. CIGIE anticipates making an additional interim production under the new scoping agreement of 100 pages on or before March 20, 2024.

      c.     CIA reports that searches and review of potentially responsive records have been completed.  CIA issued a first interim response to Plaintiff on August 5, 2021, followed by its final response to Plaintiff on November 16, 2021.

      d.     DHS OIG reports that searches and review of potentially responsive records have been completed. DHS OIG has issued a first interim response on June 7, 2021 and its final response to Plaintiff on July 30, 2021.

      e.     State OIG reports searches are complete, and it is in the process of reviewing responsive records for production. State OIG currently has over 3,000 pages in different stages of review. State OIG made its first interim production on April 30, 2021, with subsequent interim

productions on May 28, and November 2, 2021, April 29, August 31, and December 1, 2022, and February 3, and May 17, 2023. Beginning in September 2023, State OIG began making monthly interim productions on September 27, October 30, November 29, and December 26, 2023, and January 30 and February 27, 2024, and anticipates continuing to do so until the production is complete. State OIG intends to make its next interim production by the end of March 2024.

  f.  ODNI reports that it sent Plaintiff a final response on January 18, 2022.

The parties respectfully propose that they file the next Joint Status Report on or before May 6, 2024.

Date: March 5, 2024　　　　　　　　　　Respectfully submitted,

              MATTHEW M. GRAVES, D.C. Bar #481052
              United States Attorney

              BRIAN P. HUDAK,
              Chief, Civil Division

        By:  /s/ Stephen DeGenaro
            STEPHEN DEGENARO
            D.C. Bar #1047116
            Assistant United States Attorney
            601 D St., N.W.
            Washington, D.C.  20530
            (202) 252-7229
            Stephen.DeGenaro@usdoj.gov

            *Attorneys for the United States of America*

            /s/ Kel McClanahan (with permission)
            KELLY BRIAN MCCLANAHAN
            D.C. Bar # 984704
            National Security Counselors
            4702 Levada Terrace
            Rockville, MD 20853
            (301) 728-5908
            kel@nationalsecuritylaw.org

            *Counsel for Plaintiff*