UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Civil Action No. 20-2896 (ACR) <br> COUNCIL OF THE INSPECTORS ) <br> GENERAL ON INTEGRITY AND ) <br> EFFICIENCY, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | |

**JOINT STATUS REPORT**

Defendants Council of the Inspectors General on Integrity and Efficiency ("CIGIE"), Central Intelligence Agency ("CIA"), Department of Defense ("DOD"), Department of Education ("Education"), Department of Health and Human Services ("HHS"), Department of Homeland Security ("DHS"), Department of the Interior ("Interior"), Department of Justice ("DOJ"), Department of State ("State"), Department of Transportation ("Transportation"), Office of the Director of National Intelligence ("ODNI"), and United States Agency for International Development ("USAID"), and Plaintiff Legal Eagle ("Plaintiff" and, together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

This Freedom of Information Act ("FOIA") litigation relates to four categories of requests to Defendants seeking records about allegations of misconduct and/or other specific records. *See* Compl. ¶¶ 45-47. The Parties report as follows:

a.  The Offices of Inspector General ("OIG") at DOD, Education, HHS, Interior, Transportation, USAID, and DOJ have issued final responses to Plaintiff. These defendants have asked Plaintiff to inform them whether Plaintiff has any further questions regarding their releases

or if they may be dismissed from this action.

b.  CIGIE has been processing records pursuant to the amended scoping agreement between Plaintiff and CIGIE.  Accordingly, in July and August, CIGIE processed 53 and 191 pages, respectively, in response to Plaintiff's request for cases against non-covered persons that were closed without an investigation (a/k/a outside purview records).  CIGIE issued its first interim response to Plaintiff consisting of those 244 pages on September 6, 2023.  On October 12, 2023, CIGIE issued a second interim response to Plaintiff consisting of 160 pages. On November 17, 2023, CIGIE issued a third interim response to Plaintiff consisting of 127 pages.  On January 10, 2024, CIGIE issued a fourth interim response to Plaintiff consisting of 108 pages.  On January 11, 2024, CIGIE issued a fifth interim response to Plaintiff consisting of 164 pages. On February 20, 2024, CIGIE issued a sixth interim response to Plaintiff consisting of 142 pages. On April 2, 2024, CIGIE issued a seventh interim response to Plaintiff consisting of 204 pages. On May 20, 2024, CIGIE issued an 8th interim production consisting of 121 pages. CIGIE anticipates making an additional interim production under the new scoping agreement of 100 pages on or before July 16, 2024.

c.  CIA reports that searches and review of potentially responsive records have been completed.  CIA issued a first interim response to Plaintiff on August 5, 2021, followed by its final response to Plaintiff on November 16, 2021.

d.  DHS OIG reports that searches and review of potentially responsive records have been completed. DHS OIG has issued a first interim response on June 7, 2021 and its final response to Plaintiff on July 30, 2021.

e.  State OIG completed its primary production of approximately 10,000 pages of responsive records released in full or in part, or withheld in full, on April 24, 2024.  State OIG has

sent approximately 3,500 additional pages of responsive records to multiple agencies for consultation. As of July 1, 2024, OIG has produced approximately 425 consultation records from DoDOIG, DOI OIG, OMB, OPM, and USAID OIG. Consultations with the Department of State, CIGIE and ODNI-ICIG are still pending. State OIG continues to regularly monitor these consultations and upon receiving consultation responses, State OIG will make interim productions until complete.

  f. ODNI reports that it sent Plaintiff a final response on January 18, 2022.

The parties respectfully propose that they file the next Joint Status Report on or before September 3, 2024.

* * *

Date: July 2, 2024							Respectfully submitted,

                                                        MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK,
Chief, Civil Division

By:    /s/ Stephen DeGenaro
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
601 D St., N.W.
Washington, D.C.  20530
(202) 252-7229
Stephen.DeGenaro@usdoj.gov

*Attorneys for the United States of America*

   /s/ Kel McClanahan (with permission)
KELLY BRIAN MCCLANAHAN
D.C. Bar # 984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
(301) 728-5908
kel@nationalsecuritylaw.org

*Counsel for Plaintiff*

4