UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC, </br></br> Plaintiff, </br></br> v. </br></br> COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY, *et al.*, </br></br> Defendants. | Civil Action No. 20-2896 (ACR) |

## JOINT STATUS REPORT

Defendants Council of the Inspectors General on Integrity and Efficiency ("CIGIE"), Central Intelligence Agency ("CIA"), Department of Defense ("DOD"), Department of Education ("Education"), Department of Health and Human Services ("HHS"), Department of Homeland Security ("DHS"), Department of the Interior ("Interior"), Department of Justice ("DOJ"), Department of State ("State"), Department of Transportation ("Transportation"), Office of the Director of National Intelligence ("ODNI"), and United States Agency for International Development ("USAID"), and Plaintiff Legal Eagle ("Plaintiff" and, together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

This Freedom of Information Act ("FOIA") litigation relates to four categories of requests to Defendants seeking records about allegations of misconduct and/or other specific records. *See* Compl. ¶¶ 45-47. The Parties report as follows:

a. The Offices of Inspector General ("OIG") at DOD, Education, HHS, Interior, Transportation, USAID, and DOJ have issued final responses to Plaintiff. These defendants have asked Plaintiff to inform them whether Plaintiff has any further questions regarding their releases

or if they may be dismissed from this action.

b.  CIGIE has been processing records pursuant to the amended scoping agreement between Plaintiff and CIGIE.  Accordingly, in July and August, CIGIE processed 53 and 191 pages, respectively, in response to Plaintiff's request for cases against non-covered persons that were closed without an investigation (a/k/a outside purview records).  CIGIE issued its first interim response to Plaintiff consisting of those 244 pages on September 6, 2023.  On October 12, 2023, CIGIE issued a second interim response to Plaintiff consisting of 160 pages. On November 17, 2023, CIGIE issued a third interim response to Plaintiff consisting of 127 pages.  On January 10, 2024, CIGIE issued a fourth interim response to Plaintiff consisting of 108 pages.  On January 11, 2024, CIGIE issued a fifth interim response to Plaintiff consisting of 164 pages. On February 20, 2024, CIGIE issued a sixth interim response to Plaintiff consisting of 142 pages. On April 2, 2024, CIGIE issued a seventh interim response to Plaintiff consisting of 204 pages. On May 20, 2024, CIGIE issued an 8th interim production consisting of 121 pages. On July 15, 2024, CIGIE issued an 9th interim production consisting of 221 pages.  On August 14, 2024, CIGIE issued an 10th interim production consisting of 101 pages.  On September 10, 2024, CIGIE issued an 11th interim production consisting of 229 pages.  On October 4, 2024, CIGIE issued a 12th interim production consisting of 176 pages.  On November 14, 2024, CIGIE issued a 13th interim production consisting of 141 pages.  At this time, CIGIE estimates that it will complete its processing of outside purview records no later than March 31, 2025.

c.  CIA reports that searches and review of potentially responsive records have been completed.  CIA issued a first interim response to Plaintiff on August 5, 2021, followed by its final response to Plaintiff on November 16, 2021.

d.  DHS OIG reports that searches and review of potentially responsive records have

been completed. DHS OIG has issued a first interim response on June 7, 2021 and its final response to Plaintiff on July 30, 2021.

      e.      State OIG completed its primary production of approximately 10,000 pages of responsive records released in full or in part, or withheld in full, on April 24, 2024. State OIG sent approximately 3,500 additional pages of responsive records to multiple agencies for consultation. As of November 20, 2024, OIG has produced consultation records from CIGIE, DoD OIG, DOI OIG, DOS, ODNI-ICIG, OMB, OPM, and USAID OIG. Approximately 1,500 pages remain pending consultation with DOS. State OIG continues to regularly monitor these consultations and upon receiving consultation responses, State OIG will continue to make interim productions until complete. State OIG anticipates making its next interim production by the end of November.

      f.      ODNI reports that it sent Plaintiff a final response on January 18, 2022.

The parties respectfully propose that they file the next Joint Status Report on or before February 27, 2025.

      \*    \*    \*

Date: December 3, 2024               Respectfully submitted,

                                              MATTHEW M. GRAVES, D.C. Bar #481052
                                              United States Attorney

                                              BRIAN P. HUDAK,
                                              Chief, Civil Division

By:   */s/ Stephen DeGenaro*
            STEPHEN DEGENARO
            D.C. Bar #1047116
            Assistant United States Attorney
            601 D St., N.W.
            Washington, D.C.  20530
            (202) 252-7229
            Stephen.DeGenaro@usdoj.gov

            *Attorneys for the United States of America*

            */s/ Kel McClanahan (with permission)*
            KELLY BRIAN MCCLANAHAN
            D.C. Bar # 984704
            National Security Counselors
            4702 Levada Terrace
            Rockville, MD 20853
            (301) 728-5908
            kel@nationalsecuritylaw.org

            *Counsel for Plaintiff*