UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC, * <br> * <br> Plaintiff, * <br> * <br> v. * <br> * <br> COUNCIL OF THE INSPECTORS * <br> GENERAL ON INTEGRITY AND * <br> EFFICIENCY, *et al.*, * <br> * <br> Defendants. * <br> * | Civil Action No. 1:20-cv-02896 (ACR) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S OBJECTION TO DISMISSAL**

Plaintiff Legal Eagle, LLC hereby objects to the dismissal of this case as proposed in the Court's 4 April 2025 Minute Order. This case involves Freedom of Information Act ("FOIA") requests for a large number of records, which the Government has been steadily processing. It would be manifestly unfair to dismiss this case solely on the basis of the Government's processing rate, thereby denying Plaintiff the ability to challenge the adequacy of the Government's searches and sufficiency of its withholdings once all records have been processed and released. If the Court is concerned with the slow rate at which the Government has been processing records, Plaintiff respectfully suggests that it should make the Government show cause why the Court should not order it to process the records at a swifter pace.

Date:  April 11, 2025

>Respectfully submitted,
>
>/s/ Kelly B. McClanahan
>Kelly B. McClanahan, Esq.
>D.C. Bar #984704
>National Security Counselors
>1451 Rockville Pike
>Suite 250
>Rockville, MD  20852
>501-301-4672
>240-681-2189 fax
>Kel@NationalSecurityLaw.org
>
>*Counsel for Plaintiff*