UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-2896 (ACR) |
| ) | |
| COUNCIL OF THE INSPECTORS ) | |
| GENERAL ON INTEGRITY AND ) | |
| EFFICIENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Defendants Council of the Inspectors General on Integrity and Efficiency ("CIGIE"), Central Intelligence Agency ("CIA"), Department of Defense ("DOD"), Department of Education ("Education"), Department of Health and Human Services ("HHS"), Department of Homeland Security ("DHS"), Department of the Interior ("Interior"), Department of Justice ("DOJ"), Department of State ("State"), Department of Transportation ("Transportation"), Office of the Director of National Intelligence ("ODNI"), and United States Agency for International Development ("USAID"), and Plaintiff Legal Eagle ("Plaintiff" and, together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

This Freedom of Information Act ("FOIA") litigation relates to four categories of requests to Defendants seeking records about allegations of misconduct and/or other specific records. *See* Compl. ¶¶ 45-47. The Parties report as follows:

   a.   The Offices of Inspector General ("OIG") at DOD, Education, HHS, Interior, Transportation, USAID, and DOJ have issued final responses to Plaintiff. These defendants have asked Plaintiff to inform them whether Plaintiff has any further questions regarding their releases

or if they may be dismissed from this action. The parties are exploring whether Plaintiff's fees and costs can be negotiated as to these defendants. The parties will report on the progress of these negotiations in the next Joint Status Report

b. CIGIE has been processing records pursuant to the amended scoping agreement between Plaintiff and CIGIE. Since the last Joint Status Report, CIGIE made the following releases: on February 24, 2025, CIGIE issued a 17th interim production consisting of 208 pages. On March 27, 2025, CIGIE issued an 18th interim production consisting of 132 pages. On April 25, 2025, CIGIE issued a 19th interim production consisting of 191 pages. On May 13, 2025, CIGIE issued a 20th interim production consisting of 145 pages.

c. CIA reports that searches and review of potentially responsive records have been completed. CIA issued a first interim response to Plaintiff on August 5, 2021, followed by its final response to Plaintiff on November 16, 2021.

d. DHS OIG reports that searches and review of potentially responsive records have been completed. DHS OIG has issued a first interim response on June 7, 2021 and its final response to Plaintiff on July 30, 2021.

e. State OIG completed its primary production of approximately 10,000 pages of responsive records released in full or in part, or withheld in full, on April 24, 2024. State OIG sent approximately 3,500 additional pages of responsive records to multiple agencies for consultation. As of February 25, 2025, OIG has produced consultation records from CIGIE, DoD OIG, DOI OIG, State, ODNI-ICIG, OMB, OPM, and USAID OIG. Approximately 1,100 pages remain pending consultation with State. State OIG continues to regularly monitor these consultations and upon receiving consultation responses, State OIG will continue to make interim productions until complete. Plaintiff requests that the Court order State to complete its review of these records and

return them to State OIG no later than July 25, 2025, and that it order State OIG to release all non-exempt portions to Plaintiff no later than August 15, 2025. State OIG's response to Plaintiff's request is that it can commit to releasing all non-exempt portions of completed consultations provided by the Department of State to State OIG within fifteen business days of receipt of those completed consultations. State OIG, however, cannot control the pace at which the Department of State completes the outstanding consultations. Plaintiff's position is that *this Court* can and should control the pace at which the Department of State completes the outstanding consultations, which it has had for over a year.

  f. ODNI reports that it sent Plaintiff a final response on January 18, 2022.

The parties respectfully propose that they file the next Joint Status Report on or before August 27, 2025.

* * *

Date: May 27, 2025							Respectfully submitted,

								JEANINE FERRIS PIRRO
								United States Attorney

					By:	 /s/ Stephen DeGenaro
								STEPHEN DEGENARO
								D.C. Bar #1047116
								Assistant United States Attorney
								601 D St., N.W.
								Washington, D.C.  20530
								(202) 252-7229
								Stephen.DeGenaro@usdoj.gov

								*Attorneys for the United States of America*

								  /s/ Kel McClanahan (with permission)
								KELLY BRIAN MCCLANAHAN
								D.C. Bar # 984704
								National Security Counselors
								1451 Rockville Pike
								Suite 250
								Rockville, MD 20852
								(501) 301-4672
								kel@nationalsecuritylaw.org

								*Counsel for Plaintiff*

4