UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC<br><br>       Plaintiff,<br><br>  v.<br><br>COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY, et al.,<br><br>       Defendants. | Civil Action No. 20-2896 (ACR) |

## **SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John J. Bardo and remove the appearance of Assistant United States Attorney Stephen DeGenaro as counsel for Defendants in the above-captioned case.

Dated: May 30, 2025

Respectfully submitted,

By:     */s/ John J. Bardo*
       JOHN J. BARDO, D.C. Bar #1655534
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 870-6770

*Attorney for the United States of America*