UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY, *et al.,*<br><br>    Defendant. | Civil Action No. 20-2896 (ACR) |

## JOINT STATUS REPORT

Defendants Council of the Inspectors General on Integrity and Efficiency ("CIGIE"), Central Intelligence Agency ("CIA"), Department of Defense ("DOD"), Department of Education ("Education"), Department of Health and Human Services ("HHS"), Department of Homeland Security ("DHS"), Department of the Interior ("Interior"), Department of Justice ("DOJ"), Department of State ("State"), Department of Transportation ("Transportation"), Office of the Director of National Intelligence ("ODNI"), and United States Agency for International Development ("USAID"), and Plaintiff Legal Eagle ("Plaintiff" and, together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

This Freedom of Information Act ("FOIA") litigation relates to four categories of requests to Defendants seeking records about allegations of misconduct and/or other specific records. *See* Compl. ¶¶ 45-47. The Parties report as follows:

  1.  The Offices of Inspector General ("OIG") at DOD, Education, HHS, Interior, Transportation, USAID, CIA, DHS OIG, ODNI, and DOJ have issued final responses to Plaintiff.

These defendants have asked Plaintiff to inform them whether Plaintiff has any further questions regarding their releases or if they may be dismissed from this action.

2. State OIG completed its primary production of approximately 10,000 pages of responsive records released in full or in part, or withheld in full, on April 24, 2024. State OIG sent approximately 3,500 additional pages of responsive records to multiple agencies for consultation. As of February 25, 2025, OIG had produced partial consultation records from State and all consultation records from CIGIE, DoD OIG, DOI OIG, ODNI-ICIG, OMB, OPM, and USAID OIG. In both June and July 2025, State OIG made interim productions of State consultation records. State OIG intends to make another interim production by the end of August 2025, leaving 530 pages pending consultation with State. State OIG continues to regularly monitor the remaining consultation and upon receiving partial consultation responses, State OIG will continue to make interim productions until complete.

3. The parties respectfully propose filing another joint status report in ninety days, on November 25, 2025.

| | |
|---|---|
| Dated: August 27, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| */s/ Kel McClanahan*<br>KELLY BRIAN MCCLANAHAN<br>D.C. Bar # 984704<br>National Security Counselors<br>1451 Rockville Pike<br>Suite 250<br>Rockville, MD 20852<br>(501) 301-4672<br>kel@nationalsecuritylaw.org<br><br>Counsel for Plaintiff | By:    */s/ John J. Bardo*<br>JOHN J. BARDO, D.C. Bar #1655534<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 870-6770<br><br>*Attorneys for the United States of America* |