UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEGAL EAGLE, LLC,

        Plaintiff,

    v.

COUNCIL OF THE INSPECTORS
GENERAL ON INTEGRITY AND
EFFICIENCY, *et al.,*

        Defendant.

Civil Action No. 20-2896 (ACR)

**JOINT STATUS REPORT**

Defendants Council of the Inspectors General on Integrity and Efficiency ("CIGIE"), Central Intelligence Agency ("CIA"), Department of Defense ("DOD"), Department of Education ("Education"), Department of Health and Human Services ("HHS"), Department of Homeland Security ("DHS"), Department of the Interior ("Interior"), Department of Justice ("DOJ"), Department of State ("State"), Department of Transportation ("Transportation"), Office of the Director of National Intelligence ("ODNI"), and United States Agency for International Development ("USAID"), and Plaintiff Legal Eagle ("Plaintiff" and, together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

This Freedom of Information Act ("FOIA") litigation relates to four categories of requests to Defendants seeking records about allegations of misconduct and/or other specific records. *See* Compl. ¶¶ 45-47. The Parties report as follows:

1.     The Offices of Inspector General ("OIG") at DOD, Education, HHS, Interior, Transportation, USAID, CIA, DHS OIG, ODNI, and DOJ have issued final responses to Plaintiff.

These defendants have asked Plaintiff to inform them whether Plaintiff has any further questions regarding their releases or if they may be dismissed from this action.

2.    State OIG completed its primary production of approximately 10,000 pages of responsive records released in full or in part, or withheld in full, on April 24, 2024.  State OIG sent approximately 3,500 additional pages of responsive records to multiple agencies for consultation. As of February 25, 2025, State OIG had produced partial consultation records from State and all consultation records from CIGIE, DoD, OIG, DOI OIG, ODNI-ICIG, OMB, OPM, and USAID OIG.  State OIG most recently made an interim production of State consultation records in April 2026.  Based on an update from State regarding the remaining consultation records provided today, State OIG anticipates making the final interim production shortly.

3.    CIGIE has made previous productions but is searching for any additional potentially responsive records.

4.    The parties respectfully propose filing another joint status report in ninety days, on September 8, 2026.

Dated:  June 8, 2026
         Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

 _/s/ Kel McClanahan_
KELLY BRIAN MCCLANAHAN
D.C. Bar # 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
(501) 301-4672
kel@nationalsecuritylaw.org

Counsel for Plaintiff

By: _____ _/s/ John J. Bardo_ _____
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*

2