UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY, *et al.,*<br><br>Defendant. | Civil Action No. 20-2896 (ACR) |

**DEFENDANT'S STATUS REPORT**

Defendants Council of the Inspectors General on Integrity and Efficiency ("CIGIE"), Central Intelligence Agency ("CIA"), Department of Defense ("DOD"), Department of Education ("Education"), Department of Health and Human Services ("HHS"), Department of Homeland Security ("DHS"), Department of the Interior ("Interior"), Department of Justice ("DOJ"), Department of State ("State"), Department of Transportation ("Transportation"), Office of the Director of National Intelligence ("ODNI"), and United States Agency for International Development ("USAID"), by and through undersigned counsel, respectfully submit this Joint Status Report.[1]

This Freedom of Information Act ("FOIA") litigation relates to four categories of requests to Defendants seeking records about allegations of misconduct and/or other specific records. *See* Compl. ¶¶ 45-47. Defendant reports as follows:

[1] Defendants understand that the Court expected the parties to file a Joint Status Report. The undersigned counsel sent Plaintiff's counsel a draft of this report at 1:49 p.m. and invited him to add anything that he wished to add. Having received no response, the undersigned counsel followed up at 5:44 p.m. As of this filing, Plaintiff's counsel has not responded.

1. As previously reported, the Offices of Inspector General ("OIG") at DOD, Education, HHS, Interior, Transportation, USAID, CIA, DHS OIG, ODNI, and DOJ have issued final responses to Plaintiff. These defendants have asked Plaintiff to inform them whether Plaintiff has any further questions regarding their releases or if they may be dismissed from this action.

2. State OIG made its final release to Plaintiff on June 11, 2026.

3. Since June 8, 2026, CIGIE has provided Plaintiff with an additional eight interim responses totaling 1,073 pages of responsive records. CIGIE anticipates making its next release next week.

4. Defendant respectfully proposes that the parties file another joint status report in ninety days, on December 7, 2026.

Dated: September 8, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ John J. Bardo*

JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*